**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**SHERMAN L. DUNN**                                                                         **PLAINTIFF**

V.                      **CASE NO. 2:16-CV-76-JLH-BD**

**CROSS COUNTY DETENTION CENTER and**
**CROSS COUNTY SHERIFF DEPARTMENT**            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

I. **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion**

On June 14, 2016, the Court ordered Plaintiff Sherman L. Dunn to file an amended complaint within thirty days to correct the deficiencies in his original complaint. (Docket entry #5) The Court cautioned Mr. Dunn that failure to comply with the order could result in dismissal of his claims. As of this date, Mr. Dunn has not filed an amended complaint and the time to do so has passed.

### III.  Conclusion

The Court recommends that Mr. Dunn's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's order and his failure to prosecute this lawsuit.

DATED this 25th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE