# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**SHERMAN L. DUNN**                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 2:16-CV-76-JLH-BD**

**CROSS COUNTY DETENTION CENTER; and**
**CROSS COUNTY SHERIFF DEPARTMENT**                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The claims raised by Mr. Dunn are DISMISSED, without prejudice.  The Clerk is directed to close this case.

IT IS SO ORDERED this 15th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE